# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE A. TRICE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-01196-SKO<br><br>**ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 4) |

On July 20, 2012, Plaintiff Stephanie A. Trice ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 3.) Plaintiff's application to proceed *in forma pauperis* indicates that she is currently employed, as Plaintiff answered "Yes" to Question 2. However, Plaintiff then indicates that she "last worked **August 17, 200** making $10/hr [at] Travis Air Force Base." (Doc. 4, Question 2b (emphasis added)). The Court cannot determine whether Plaintiff is, in fact, currently employed or when Plaintiff ceased to be employed due to the typographical error made in responding to Question 2b and the apparently conflicting information given in responding to Question 2 and Question 2b. As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:**   **July 25, 2012**                      /s/ Sheila K. Oberto
                                                                     UNITED STATES MAGISTRATE JUDGE