# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ANN TRICE,     ) | Case No.: 1:12-cv-01196-SKO |
|                         ) | |
|                         ) | **ORDER EXTENDING DEADLINE TO** |
|         Plaintiff,     ) | **LODGE CERTIFIED ADMINISTRATIVE** |
|                         ) | **RECORD** |
|    v.                       ) | |
|                         ) | (Doc. 15) |
| MICHAEL J. ASTRUE,     ) | |
| Commissioner of Social Security,  ) | |
|                         ) | |
|         Defendant.     ) | |
|                         ) | |
| _____) | |

On December 4, 2012, Defendant filed a stipulated request that Defendant be granted an extension of time to lodge the certified administrative record.  (Doc. 15.)  The parties agree that Defendant shall file the administrative record on or before January 16, 2013.

Accordingly, IT IS HEREBY ORDERED THAT Defendant shall lodge the certified administrative record no later than January 16, 2013.


IT IS SO ORDERED.

**Dated:   December 6, 2012**               _____**/s/ Sheila K. Oberto**_____
                                   UNITED STATES MAGISTRATE JUDGE