# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ANN TRICE,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____ | Case No.: 1:12-cv-01196-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO TRANSFER CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA**<br><br>(Doc. 18) |

        Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying an application for Disability Insurance Benefits under Title II of the Social Security Act. (Administrative Record 15.)  Under the venue statute governing this action, Plaintiff may obtain review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides.  42 U.S.C. § 405(g).

        On February 14, 2013, the parties filed a stipulated request for an intra-district change of venue to the Sacramento Division of the U.S. District Court for the Eastern District of California ("Eastern District").  (Doc. 18.)  The parties represent that Plaintiff is a resident of Solano County, which is part of the Sacramento Division of the Eastern District.  *See* Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of the court may be transferred to the proper division. Therefore, this action will be transferred to the Sacramento Division of the Court.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED;
2. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;
3. The Clerk of the Court shall assign a new case number; and
4. All future filings shall bear the new case number and shall be filed at:

   United States District Court
   Eastern District of California
   501 I Street
   Sacramento, California, 95814

IT IS SO ORDERED.

**Dated:   February 19, 2013**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] As reflected in the caption, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013. The case caption is changed to reflect that Carolyn W. Colvin has been substituted for Michael J. Astrue pursuant to Rule 25(d). Fed. R. Civ. P. 25(d) ("officer's successor is automatically substituted as a party").