1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| 9 STEPHANIE ANN TRICE, | ) | Case No.: 1:12-cv-01196-SKO |
| | ) | |
| 10         Plaintiff, | ) | |
| | ) | **ORDER GRANTING STIPULATED** |
| 11    v. | ) | **REQUEST TO TRANSFER CASE TO** |
| | ) | **THE SACRAMENTO DIVISION OF THE** |
| 12 CAROLYN W. COLVIN, | ) | **EASTERN DISTRICT OF CALIFORNIA** |
| Acting Commissioner of Social Security, | ) | |
| 13 | ) | |
| | ) | (Doc. 18) |
| 14         Defendant. | ) | |
| | ) | |
| 15 _____ | ) | |

16

17         Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security

18 denying an application for Disability Insurance Benefits under Title II of the Social Security Act.

19 (Administrative Record 15.)  Under the venue statute governing this action, Plaintiff may obtain

20 review of any final decision of the Commissioner made after a hearing to which the plaintiff was a

21 party by commencing a civil action in the federal district court for the judicial district in which the

22 claimant resides.  42 U.S.C. § 405(g).

23         On February 14, 2013, the parties filed a stipulated request for an intra-district change of

24 venue to the Sacramento Division of the U.S. District Court for the Eastern District of California

25 ("Eastern District").  (Doc. 18.)  The parties represent that Plaintiff is a resident of Solano County,

26 which is part of the Sacramento Division of the Eastern District.  *See* Local Rule 120(d).

27

28

1    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

2    division of the court may be transferred to the proper division.   Therefore, this action will be

3    transferred to the Sacramento Division of the Court.[1]

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.      The parties' stipulated request is GRANTED;

6    2.      This action is transferred to the United States District Court for the Eastern District

7            of California sitting in Sacramento;

8    3.      The Clerk of the Court shall assign a new case number; and

9    4.      All future filings shall bear the new case number and shall be filed at:

10           United States District Court
             Eastern District of California
11           501 I Street
             Sacramento, California, 95814
12

13   IT IS SO ORDERED.

14   **Dated:   February 19, 2013**                      **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26   [1] As reflected in the caption, Carolyn W. Colvin became the Acting Commissioner of the Social Security
     Administration on February 14, 2013. The case caption is changed to reflect that Carolyn W. Colvin has been substituted
27   for Michael J. Astrue pursuant to Rule 25(d). Fed. R. Civ. P. 25(d) ("officer's successor is automatically substituted as
     a party").

28                                              2