BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE ANN TRICE ) | Case No.: 2:13-cv-00319-DAD |
| ) | |
|     Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| v. ) | EXTENSION OF 30 DAYS FOR |
| ) | PLAINTIFF TO FILE HER MOTION FOR |
| CAROLYN W. COLVIN, Acting ) | SUMMARY JUDGMENT |
| Commissioner of Social Security,[1] ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    The parties hereby stipulate through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall have an extension up to and including May 6, 2013, to file her motion for summary judgment.  This extension is necessary because the parties continue to conduct settlement discussions pursuant to the initial scheduling order in this case.  The scheduling order directed Defendant to respond to Plaintiff's informal settlement letter by March 22, 2013, but because of recent inclement weather in the Washington, D.C., area, counsel for

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant's client contact has requested additional time to review settlement requests. Therefore, the parties require additional time to address the possibility of settlement fully.

Based on the initial scheduling order, Plaintiff's motion for summary judgment is due April 22, 2013. The parties request a 14-day extension for Plaintiff's deadline, up to and including May 6, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CYRUS SAFA |
| Dated: March 22, 2013 | By: /s/ *Cyrus Safa* |
|  | CYRUS SAFA |
|  | (As authorized by email on March 22, 2013) |
|  | Attorneys for Plaintiff |
| Dated: March 25, 2013 | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | By: /s/ *Daniel Talbert* |
|  | DANIEL TALBERT |
|  | Special Assistant U. S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: March 25, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\trice0319.stip.eot.docx