BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE TRICE, | CASE NO. 2:13-cv-00319-DAD |
|     Plaintiff, | STIPULATION AND ORDER FOR |
| vs. | REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR |
| CAROLYN W. COLVIN, | ENTRY OF JUDGMENT IN FAVOR OF |
| Acting Commissioner of Social Security, | PLAINTIFF AND AGAINST DEFENDANT |
|     Defendant.[1] | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order to Remand        1

administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision.  The ALJ will offer Plaintiff the opportunity for a new hearing and an opportunity to submit new evidence; will reconsider the medical source opinion offered by Dr. Mitchell specifically, regarding the "no capacity" on the left side that was assessed due to cerebral palsy, and provide the weight that is accorded to the opinion and, if the ALJ rejects this opinion, will provide specific and legitimate reasons for doing so; will reassess Plaintiff's residual functional capacity; and will obtain if necessary, supplemental vocational expert testimony, posing a hypothetical question to the vocational expert that includes all of Plaintiff's assessed limitations.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

DATED: April 16, 2013         *s/ Cyrus Safa*
                              CYRUS SAFA
                              (as authorized by email)

                              Attorney for Plaintiff

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: April 16, 2013      By  *s/ Daniel P. Talbert*
                              DANIEL P. TALBERT
                              Special Assistant United States Attorney

                              Attorneys for Defendant

Stip. & Prop. Order to Remand          2

**ORDER**

Pursuant to the parties' stipulation, it is so ordered.

Dated: April 17, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\trice0319.stip.remand.docx